Hung G. Ta                                                    George S. Wang
Hung G. Ta, Esq. PLLC                                         Simpson Thacher & Bartlett LLP
250 Park Avenue, 7th Floor                                    425 Lexington Avenue
New York, New York 10177                                      New York, New York 10017


VIA EMAIL                                       June 12, 2020

                        Re:    *Rubenstein v. Adamany, et al.*,
                               No. 1:20-cv-02775-PAC

> 6-24-2020
> The clerk is directed to unseal this matter and docket all documents in possession of the records department.
> SO ORDERED.
>
> /s/ Paul A. Crotty

The Honorable Paul A. Crotty
Southern District of New York
500 Pearl Street
New York, New York 10007


Dear Judge Crotty:

      We are counsel to Plaintiff and Defendants in the above-captioned action and respectfully submit this case status letter as requested by the Court in its email correspondence of June 10, 2020.

      Plaintiff in this matter is represented by:

> Hung G. Ta (hta@hgtlaw.com)
> JooYun Kim (jooyun@htalaw.com)
> Hung G. Ta, Esq. PLLC
> 250 Park Avenue
> 7th Fl.
> New York, New York 10177
> Telephone: (646) 453-7290

      Defendants in this matter are represented by:

> George S. Wang (gwang@stblaw.com)
> Courtney G. Skarupski (courtney.skarupski@stblaw.com)
> Simpson Thacher & Bartlett LLP
> 425 Lexington Ave.
> New York, New York 10017
> Telephone: (212) 455-2228

      Defendants have served today a motion to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 23.1. A complete copy of such motion papers is attached. Defendants will file such motion papers via ECF as soon as the ECF system permits filings to be made in this case. In accordance with the Stipulation so ordered by the Court yesterday, Plaintiff will serve and file his opposition brief on July 23, 2020, and Defendants will serve and file their reply brief on August 13, 2020.

The Honorable Paul A. Crotty -2- June 12, 2020

The April 2, 2020 Order Granting Plaintiff's Motion to File Complaint Under Seal (the "Sealing Order") expired on April 9, 2020. There is no need to continue such Sealing Order.

We thank the Court for its attention to this matter.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Hung G. Ta | /s/ George S. Wang |
| Hung G. Ta | George S. Wang |
| *Counsel for Plaintiff* | *Counsel for Defendants* |