**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
STANLEY RUBENSTEIN, Derivatively on
Behalf of Nominal Defendant JEFFERIES
FINANCIAL GROUP INC.,



                          Plaintiff,

-against-                                       20 **CIVIL** 2775 (PAC)

                                                                       **JUDGMENT**

LINDA L. ADAMANY, BARRY J.
ALPERIN, ROBERT D. BEYER,
FRANCISCO L. BORGES, W. PATRICK
CAMPBELL, PAUL M. DOUGAN, BRIAN
P. FRIEDMAN, MARY ANNE GILMARTIN,
RICHARD B. HANDLER, ALAN J.
HIRSCHFIELD, JAMES E. JORDAN,
ROBERT E. JOYAL, JACOB M. KATZ,
JEFFREY C. KEIL, MICHAEL T. O'KANE,
JESSE CLYDE NICHOLS, III, STUART H.
REESE, MICHAEL SORKIN, JOSEPH S.
STEINBERG,

                          Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 6, 2021, the Court does not need to reach the merits of the parties' fiduciary duty claims because Rule 23.1 and the business judgment rule require dismissal of Rubenstein's derivative lawsuit. Because amendment would be futile, the Court has GRANTED the motion to dismiss with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York

       April 6, 2021

                                                                        **RUBY J. KRAJICK**

                                                                         Clerk of Court

                                    **BY:**
                                                                          **Deputy Clerk**