**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
STANLEY RUBENSTEIN, Derivatively on
Behalf of Nominal Defendant JEFFERIES
FINANCIAL GROUP INC.,

                     Plaintiff,

      -against-                                   20 **CIVIL** 2775 (PAC)

                                                  **JUDGMENT**

LINDA L. ADAMANY, BARRY J. ALPERIN,
ROBERT D. BEYER, FRANCISCO L. BORGES,
W. PATRICK CAMPBELL, PAUL M. DOUGAN,
BRIAN P. FRIEDMAN, MARY ANNE GILMARTIN,
RICHARD B. HANDLER, ALAN J. HIRSCHFIELD,
JAMES E. JORDAN, ROBERT E. JOYAL,
JACOB M. KATZ, JEFFREY C. KEIL, MICHAEL
T. O'KANE, JESSE CLYDE NICHOLS, III,
STUART H. REESE, MICHAEL SORKIN,
JOSEPH S. STEINBERG,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 28, 2022, the Amended Complaint fails to state a claim under Section 14(a). Because amendment would be futile, see Document Techs., Inc. v. LDiscovery, LLC, 731 F. App'x 31, 33 (2d Cir. 2018), the Court has GRANTED the motion to dismiss; accordingly, the case is closed.

**Dated:**  New York, New York

      September 29, 2022

                                                    **RUBY J. KRAJICK**

                                                         **Clerk of Court**

                              **BY:**     *K. Mango*

                                                          **Deputy Clerk**